**IN RE LAMM**

[341 N.C. 196 (1995)]

IN RE: ANNE M. LAMM, Respondent

No. 539A94

(Filed 28 July 1995)

Appeal by respondent pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 116 N.C. App. 382, 448 S.E.2d 125 (1994), affirming an order entered by Kirby, J., on 17 June 1993 in Superior Court, Gaston County. On 9 February 1995, this Court allowed discretionary review of additional issues. Heard in the Supreme Court 21 June 1995.

*Carolin Bakewell for petitioner-appellee The North Carolina State Bar.*

*George Daly, P.A., by George Daly, for respondent-appellant.*

PER CURIAM.

AFFIRMED.

Justices WEBB and ORR did not participate in the consideration or decision of this case.